Adam M. Cohen (AMC-9918)
Dana M. Susman (DMS-5436)
Kane Kessler, PC.
Attorneys for Defendants
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
COMBINED TACTICAL SYSTEMS, INC., :
                                 :  Civil No. 04 CIV. 8924 (MGC)
Plaintiff,                       :
                                 :  Hon. Miriam Goldman Cedarbaum
vs.                              :
                                 :
DEFENSE TECHNOLOGY               :  UNOPPOSED MOTION FOR LEAVE TO
CORPORATION OF AMERICA, and      :  AMEND DTCA'S ANSWER TO THE
FEDERAL LABORATORIES, INC.,      :  FIRST AMENDED COMPLAINT
                                 :
Defendants.                      :
                                 :
---------------------------------------------------------------x

Defendants Defense Technology Corporation of America and Federal Laboratories, Inc. (collectively, "DTCA") move this Court for leave to amend DTCA's Answer to the First Amended Complaint filed on March 8, 2007. DTCA has since engaged in sales of its accused 23DS Drag-Stabilized Bean Bag Rounds to the United States government. DTCA seeks to amend its Answer to the First Amended Complaint to include an affirmative defense that DTCA is not liable for damages stemming from sales to the United States under 28 U.S.C. § 1498(a), which reads in part:

> Whenever an invention described in and covered by a patent of the United States is used or manufactured by or for the United States without license of the owner thereof or lawful right to use or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such use and manufacture.

*Unopposed motion granted.*
*So Ordered.*
*December 3, 2007*

*United States District Judge*